

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 1 2005

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                               No. 3:05CV00020 JLH

JOSEPH T. FORTNER and
MEREDITH L. FORTNER, formerly
husband and wife, and their spouses, if any                          DEFENDANTS

## ORDER

The government's Motion to Dismiss Case (Docket #10) is GRANTED. This case is hereby dismissed without prejudice.

IT IS SO ORDERED this __28th__ day of June, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE